UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-53(01) RM |
| | ) | |
| HEATHER MARVIN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 8, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 14], ACCEPTS defendant Heather Marvin's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 3146(a)(2).

SO ORDERED.

ENTERED:  July 12, 2010

 /s/ Robert L. Miller, Jr.
Judge
United States District Court